# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE LMNRA GUEST SERVICES LLC, as owner of a certain 2005 Patio Boat (HIN No. US1P0001H505) for exoneration from or limitation of liability, | Case No.: 2:24-cv-00360-APG-BNW<br><br>**Order** |

I ORDER that by March 8, 2024, petitioner LMRNA Guest Services, LLC shall submit a proposed notice to claimants as required by Rule F(4) of the Supplemental Admiralty and Maritime Claims Rules.

DATED this 23rd day of February, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE