UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re LMNRA Guest Services LLC as owner of a certain 2005 Patio Boat (HIN No. US1P0001H505) for exoneration from or limitation of liability | Case No.: 2:24-cv-00360<br><br>**Order (1) Directing Issuance of Notice and (2) Restraining Suits** |

A Complaint has been filed by the above Plaintiff as owner of the 2005 Patio Boat, HIN US1P0001H505, pursuant to 46 U.S.C. §§ 30501-30512, Rule 9(h) of the Federal Rules of Civil Procedure, and Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), for exoneration from or limitation of liability for losses, damages, property damages, and injuries arising out of an incident occurring near Cottonwood Cove on August 5, 2022, in which it is alleged that an individual named Layne Kelder sustained injuries on the vessel's propeller.

IT IS HEREBY ORDERED:

1. That Notice is hereby issued by this Court to all persons asserting claims for which Plaintiff seeks exoneration from or limitation of liability:

NOTICE IS HEREBY GIVEN that Plaintiff LMNRA Guest Services, LLC ("Plaintiff"), has filed a complaint pursuant to Title 46, United States Code, Sections 30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising out of the incident involving its

293641113v.1

houseboat identified as a certain 2005 Patio Boat; HIN US1P0001H505, on August 5, 2022 near Cottonwood Cove.

All persons having such claims must file them, as provided in Rule F of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Court, District of Nevada, 333 Las Vegas Blvd. So. Las Vegas, NV 89101, and serve on or mail to the Plaintiff's attorneys, Michael P. Lowry and Jonathan C. Pattillo, 6689 Las Vegas Blvd, South, Suite 200, Las Vegas, NV 89119, a copy thereof by **May 17, 2024** or such claims will be deemed defaulted or waived. Personal attendance is not required. Any claimant desiring to contest either the right to exoneration from or the right to limitation of liability must also file an answer to the Complaint as required by Rule F of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure, and serve on or mail to Plaintiff's attorney a copy, by **May 17, 2024**.

2. IT IS FURTHER ORDERED, pursuant to Supplemental Admiralty Rule F(4), that the aforesaid notice shall be published in the Las Vegas Review-Journal once a week for four successive weeks **beginning no later than March 18, 2024**, as provided for by Rule F(4) and Local Rules; and copies of the notice shall be mailed in accordance with Rule F.

3. IT IS FURTHER ORDERED that the beginning or continued prosecution of any suits, actions or legal proceedings of any nature or description whatsoever, except in the present proceeding, for any claim arising out of, consequent upon, or in connection with the incident on the Vessel, described in the Complaint for Exoneration from or Limitation of Liability, are hereby stayed and restrained until the hearing and termination of this proceeding.

-2-

293641113v.1

4. IT IS FURTHER ORDERED that service of this Order as a restraining or injunctive order may be made through the Post Office by mailing a copy thereof to a person or persons to be restrained, or their respective attorneys, or alternatively served by hand.

DATED this 13th day of March, 2024

.

_____
Andrew P. Gordon
United States District Judge

-3-