1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re LMNRA Guest Services LLC as owner of a certain 2005 Patio Boat (HIN No. US1P0001H505) for exoneration from or limitation of liability | Case No.: 2:24-cv-00360<br><br>**MONITION** |

      NOTICE IS HEREBY GIVEN that Plaintiff LMNRA Guest Services, LLC ("Plaintiff'), has filed a complaint under Title 46, United States Code, Sections 30501-30512, claiming the right to exoneration from or limitation of liability for all claims arising out of the INCIDENT involving their vessel, a 2005 Patio Boat, HIN US1P0001H505, on August 5, 2022 near Cottonwood Cove.

      All persons having such claims must file them, as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims and Assets Forfeiture Actions of the Federal Rules of Civil Procedure ("Supplemental Admiralty Rules"), with the Clerk of this Court at the United States District Court, District of Nevada, 333 Las Vegas Blvd. South, Las Vegas, NV 89101, and serve on or mail to the Plaintiffs attorney, Michael P, Lowry and Jonathan C. Pattillo, 6689 Las Vegas Boulevard South, Suite 200, Las Vegas, NV 89119, a copy thereof by **May 17, 2024** or such claims will be deemed defaulted, waived, and forever barred. Personal attendance is not required.

      Any claimant desiring to contest either the right to exoneration from or the right to limitation of liability must also file an answer to the Complaint, as required by Rule F of the Supplemental

Admiralty Rules of the Federal Rules of Civil Procedure, and serve on or mail to Plaintiff's attorney a copy, by **May 17, 2024**.

Dated this 13th day of March, 2024

_____
Andrew P. Gordon
United States District Judge